**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| United States of America, | ) | No. CV-08-1016–PHX-DGC |
| | ) | No. MC-08-0103-PHX-DGC |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| David H. Griggs, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |
| | ) | |
| David H. Griggs, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| United States of America; Internal Revenue Service; and Jennifer Pardue, Revenue Officer, IRS, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

David Griggs has requested appointed counsel in this case. Griggs filed a motion to file his financial affidavit under seal. Dkt. ##32-33. The Court has now denied the motion in a sealed order issued on December 3, 2008. Dkt. #38. If Griggs still seeks the appointment of counsel, he may request that his lodged financial affidavit (Dkt. #35) be filed publicly and not under seal.

DATED this 4th day of December, 2008.

_David G. Campbell_
David G. Campbell
United States District Judge