**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>                                 )<br>            Petitioner,           )<br>                                 )<br>vs.                              )<br>                                 )<br>David H. Griggs,                 )<br>                                 )<br>            Respondent.          )<br>_____  )<br>                                 )<br>David H. Griggs,                 )<br>                                 )<br>            Petitioner,           )<br>                                 )<br>United States of America; Internal )<br>Revenue Service; and Jennifer Pardue, )<br>Revenue Officer, IRS,            )<br>                                 )<br>            Respondents.         )<br>_____  ) | No. CV-08-1016–PHX-DGC<br>No. MC-08-0103-PHX-DGC<br><br>**ORDER** |

David Griggs has filed a motion seeking leave of Court to file a late response to the Government's memorandum addressing whether it can establish the existence of the summonsed documents and Griggs' possession of them with reasonable particularity. Dkt. #43; *see* Dkt. ##39, 41.  The Court will grant the motion.

**IT IS ORDERED:**

1. David Griggs' motion for leave to file response (Dkt. #43) is **granted**.

2. The Clerk is directed to file the lodged proposed response (Dkt. #44).

DATED this 8th day of January, 2009.

_____
David G. Campbell
United States District Judge