**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-08-1016–PHX-DGC |
| Petitioner, | No. MC-08-0103-PHX-DGC |
| vs. | **ORDER** |
| David H. Griggs, | |
| Respondent. | |
| David H. Griggs, | |
| Petitioner, | |
| United States of America; Internal Revenue Service; and Jennifer Pardue, Revenue Officer, IRS, | |
| Respondents. | |

David Griggs has filed a motion (Dkt. #94) seeking leave of Court to file a late response to the Government's renewed request for entry of order to show cause and motion for contempt (Dkt. #92). The Court will grant the motion.

**IT IS ORDERED:**

1. David Griggs' motion for leave to file brief (Dkt. #94) is **granted**.

2. The Clerk is directed to file the lodged proposed brief (Dkt. #95) and supporting declaration (Dkt. #96).

DATED this 23rd day of March, 2010.

_____
David G. Campbell
United States District Judge